UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| James Manson,<br><br>                Plaintiff,<br><br>v.<br><br>Caron et al,<br><br>                Defendants. | Civil No. 3:24-cv-00876-MPS<br><br><br><br><br><br>June 25, 2024 |

**RECOMMENDED RULING ON PLAINTIFF'S**
**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

**1.    Introduction**

The plaintiff, James Manson, is an inmate at the Enfield Correctional Institution in Enfield, Connecticut.  He has sued several prison officials for violating his civil rights (Compl., ECF No. 1), and he also applied for leave to proceed *in forma pauperis*, or "IFP."  (ECF No. 2.)  In other words, he asked for permission to begin his suit without pre-paying $405.00 in filing and administrative fees.

The Clerk of the Court assigned Mr. Manson's case to United States District Judge Michael P. Shea.  In the District of Connecticut, however, motions for leave to proceed IFP are reviewed in the first instance by a United States Magistrate Judge.  *See* United States District Court for the District of Connecticut, *Guide for Self-Represented Litigants*, at 6 ("[T]he motion to proceed in forma pauperis . . . will be reviewed by a Magistrate Judge.").  When the motion deserves to be granted, the Magistrate Judge will typically be the one to grant it.  *See, e.g., Ambrose v. Guadaramma*, No. 3:24-cv-926 (VAB) (TOF), 2024 WL 2836228, at *2 (D. Conn. May 31, 2024).  But when the IFP motion deserves to be denied, the Magistrate Judge will ordinarily only

recommend denial to the District Judge, rather than deny it himself. This is because Magistrate Judges are not generally authorized to dismiss cases, and denying an IFP motion can sometimes be "the functional equivalent of an involuntary dismissal[.]" *Woods v. Dahlberg*, 894 F.2d 187 (6th Cir. 1990).

The undersigned Magistrate Judge has reviewed Mr. Manson's application and supporting materials. For the reasons that follow, he recommends that Judge Shea deny the motion for leave to proceed IFP.

**2.     Governing Legal Principles**

A federal law allows inmates to commence civil actions without pre-paying the filing fee when, among other requirements, they submit affidavits showing that they are "unable to pay." 28 U.S.C. § 1915. The Supreme Court has explained that an IFP affidavit "sufficient[ly]" demonstrates an inability to pay when it shows that the applicant "cannot because of his poverty pay or give security for the costs and still be able to provide himself and [his] dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). While the applicant does not need to prove absolute destitution, *Potnick v. E. State Hosp.*, 701 F.2d 243, 244 (2d Cir. 1983), he does need to show that pre-paying the fee would "constitute a serious hardship." *Fiebelkorn v. U.S.*, 77 Fed. Cl. 59, 62 (2007).

When a prisoner's inmate trust account balance is lower than the filing fee, courts often grant leave to proceed IFP. In *Simmons v. Torres*, for example, an inmate filed a petition for a writ of *habeas corpus*, which ordinarily requires a $5.00 filing fee. No. 3:07-cv-1409 (VLB), 2007 WL 3171356, at *1 (D. Conn. Oct. 26, 2007). Because he "provided a copy of his inmate account statement reflecting a spendable balance of $0.43," Judge Bryant granted his motion to proceed IFP. *Id.*

Yet courts typically deny IFP motions when the inmate's low trust account balance is a result of his own voluntary spending decisions. As Judge Shea has previously explained, when "considering a prisoner's affidavit of indigence, the district court may inquire whether, if a prisoner has no cash credit at the moment of filing, he had disabled himself by a recent drawing on his account and if so, for what purposes." *Hinton v. Pearson*, No. 3:21-cv-863 (MPS), 2021 WL 3036921, at *2 (D. Conn. July 19, 2021) (quoting *Miller v. Brown*, No. CV 112-166, 2013 WL 1346826, at *2 (S.D. Ga. Feb. 21, 2013)) (quotation marks omitted). In *Hinton*, the plaintiff had only $132.91 in his trust account at the time he filed his suit. *Id.* at *1. But his account statement revealed that he had received over $3,500.00 in the preceding six months, money that he "chose to spend . . . in the commissary or send . . . out of the facility." *Id.* at *2. Because "[t]he plaintiff had sufficient funds to pay the filing fee . . . but chose to spend those funds on other things to render himself eligible for [IFP] status," the Court denied his IFP motion. *Id.*; *see also Clark v. Pappoosha*, No. 3:21-cv-1690 (CSH), 2022 WL 960296, at *2 (D. Conn. Mar. 30, 2022) (denying IFP motion in part because inmate "received a total of $1,645.00 in deposits during a six-month period prior to filing [his] action," yet "made numerous personal withdrawals"); *Brown v. Ruiz*, No. 3:20-cv-1202 (KAD), 2020 WL 6395480, at *1 (D. Conn. Nov. 2, 2020) (denying IFP motion because inmate "had deposits exceeding $3,850.00 in the seven months prior to filing [his] action," but "made purchases at the commissary and regularly sent money out of the facility").

Before denying an IFP motion on account of an inmate's spending, however, courts must consider whether the inmate's expenditures were necessary or optional. As noted above, the Supreme Court has held that a litigant is entitled to proceed IFP if he shows that he cannot simultaneously pay the filing fee and afford "the necessities of life." *Adkins*, 335 U.S. at 339. And while the Second Circuit has observed that "what constitutes the 'necessities of life' . . . is

obviously different for prisoners, most of whose necessities are paid for by the jurisdiction that incarcerates them[,]" *In re Epps*, 888 F.2d 964, 967 (2d Cir. 1989), it has also observed that inmates sometimes have "financial obligations" such as "medical debts, court fees, student loans[,]" and family support orders. *Rosa v. Doe*, 86 F.4th 1001, 1009 (2d Cir. 2023). These obligations "warrant consideration" in the IFP analysis, and they can support IFP status even when the inmate's account balance exceeds the filing fee by a meaningful amount. *Id.* The plaintiff in *Rosa*, for example, claimed to "support[] his mother and son with monthly payments totaling $86.66," and he was therefore entitled to IFP status even though his account balance exceeded the filing fee by $174.98. *Id.* at 1005-06, 1009-10.

To help prisoners demonstrate the necessity of their expenses, the District of Connecticut has prepared a standard IFP application form. (ECF No. 2.) The form prompts the applicant to disclose "[h]ow much money" he "contribute[s] each month to the support of family members or other individuals," and it gives him space to state the name of the person he supports and his relationship to him or her. (*Id.* at 3.) The form also prompts the applicant to state the amount he "spend[s] each month on necessities of life that are not provided for [him] by the Department of Correction," and it gives him space to identify the items he purchases and the amounts he spends on each one. (*Id.*) Finally, the form invites him to attach additional pages if he needs more space in which to explain his necessary expenses. (*Id.*) A copy of the form is attached as Exhibit A.

**3.      Application to Mr. Manson's Case**

In this case, Mr. Manson filled out the form, and he provided a certified copy of his inmate trust account statement as required by 28 U.S.C. § 1915. The last entry on the trust account statement reflects a balance of $213.51, which is $191.49 less than the $405.00 filing fee. (ECF No. 3.) But the statement also reflects that he spent $2,935.17 in the preceding six months. (ECF

No. 3.) Thus, the principal question presented by his IFP motion is whether he has sufficiently shown those expenses to have been necessary. He has not.

To begin with, Mr. Manson stated in his IFP application form that he does not contribute to the financial support of any family member or other individual. (ECF No. 2, at 3.) Moreover, he disclosed no student loans, medical debts, restitution obligations, or any of the other obligations referenced by the Second Circuit in *Rosa*. Rather, Mr. Manson claims to spend $1,016.28[1] each month on himself - $371.42 for "food and hygiene"; $639.81 on "food, clothing, [and] cosmetics"; and $5.05 on cologne. (*Id.*) He does not explain why "cosmetics" and "cologne" qualify as "necessities of life," and accordingly his claim boils down to this: even though the Department of Correction ("DOC") feeds and clothes him, he must necessarily spend over $1,000.00 a month – or over $12,000.00 per year – on other food and clothing or on personal hygiene items.

This claim cannot be accepted. The court keeps itself informed on the prices that the DOC charges for food, toiletries and other personal care items, and this level of spending cannot possibly be "necessary." According to the DOC's commissary price list, which is attached as Exhibit B, the commissary charge for a Snickers bar is $1.37; hair gel costs $2.41; and a tube of toothpaste costs $1.59. Thus, the amount that Mr. Manson claims to spend would buy 200 Snickers bars, 200 bottles of hair gel, and 150 tubes of toothpaste – every month, and on top of the resources the Department provides him for free. And even if one uses the $489.20 figure suggested by the trust account statement – rather than the $1,016.28 figure that Mr. Manson provided under penalty of perjury – he could still buy a box of cereal ($4.98), a can of beef stew ($2.08), a bag of Doritos ($2.20), a candy bar ($1.37), a bottle of shampoo ($1.99), and a package of AAA batteries ($2.73)

---

[1] The trust account statement does not confirm these claims. As noted above, the statement shows expenses of $2,935.17 from November 2023 to April 2024, a rate of $489.20 per month.

*every single day* of his incarceration, and still have more than $30.00 left over each month for postage, movie and music downloads, and the like. Considering the prices charged by the DOC for food, toiletries, and personal care items, neither $489.20 nor $1,016.28 can be regarded as a "necessary" level of spending.

"[A]ll litigants must make decisions about how to spend their money when they are contemplating litigation." *Brown*, 2020 WL 6395480, at *1. "If the inmate thinks a more worthwhile use of his funds would be to buy" non-essential items than to pay a filing fee, "he has demonstrated an implied evaluation of the suit that the district court is entitled to honor." *Id.* (quoting *Lumbert v. Ill. Dep't of Corr.*, 827 F.2d 257, 260 (7th Cir. 1987)). While Mr. Manson does not currently have the $405.00 filing fee in his account, this is the result of his own voluntary spending decisions. Here, as in *Hinton*, "[t]he plaintiff had sufficient funds to pay the filing fee . . . but chose to spend those funds on other things[.]" 2021 WL 3036921, at *2. "[T]his is not the proper use of the *in forma pauperis* statute." *Id.*

The Court notes that Mr. Manson's complaint arises out of a strip search that occurred on March 8, 2024. (Compl., ECF No. 1, at 3.) It therefore acknowledges that the sums he spent before that date could not have been for the calculated purpose of rendering himself eligible for IFP status, because he did not yet know that he might be filing this suit. *See Sanders v. Martin*, No. 3:24-cv-1005, slip op. at 3-4 (D. Conn. June 24, 2024) (observing that, although 28 U.S.C. § 1915 directs district courts to consider an inmate's expenses for the six months preceding his suit, the "most relevant" period is the period when he was "contemplating litigation"). But even after the strip search, Mr. Manson kept spending at levels that cannot be regarded as "necessary." (*See* ECF No. 3) (trust account statement reflecting nearly $850.00 in commissary and other purchases

between March 8, 2024 and April 30, 2024). Indeed, on March 15, 2024 – just a week after the strip search – he spent $50.00 on "JPay Media" entertainment downloads. (*Id.* at 3.)

Finally, the Court notes another, independent reason for recommending dismissal of Mr. Manson's IFP motion. In considering whether a litigant is entitled to IFP status, courts consider not only the litigant's own resources, but also "the resources that the applicant has or can get from those who ordinarily provide [him] with the necessities of life, such as from a spouse, parent, adult sibling or other next friend." *Fridman v. City of N.Y.*, 195 F. Supp. 2d 534, 537 (S.D.N.Y 2002) (quotation marks and citation omitted). In this case, even if the Court were to imagine that Mr. Manson genuinely spends hundreds and hundreds of dollars a month on "necessities" not provided for him by the DOC, those necessities are being supplied by a family member or friend. The trust account discloses that, in addition to the $40.00 that he earns each month as a prison barber, Mr. Manson receives an average of $412.95 in outside deposits. (ECF No. 3) (reflecting $2,477.70 in deposits other than prison pay between November 2023 and April 2024).

For the foregoing reasons, I recommend that Judge Shea deny the plaintiff's motion for leave to proceed *in forma pauperis*. The plaintiff is respectfully advised that if Judge Shea accepts my recommendation, he will have to pay the $405.00 filing fee or his lawsuit will likely be dismissed. *See, e.g., Richardson v. Napoli*, No. 9:09-CV-1440 (TJM) (DEP), 2010 WL 1235383 (N.D.N.Y. Mar. 30, 2010) (dismissing case where plaintiff neither demonstrated his entitlement to proceed *in forma pauperis* nor paid the filing fee).

This is a recommended ruling by a magistrate judge. Fed. R. Civ. P. 72(b)(1); D. Conn. L. Civ. R. 72.1(C). **If the plaintiff wishes to object to my recommendation, he must file that objection with the Clerk of the Court by July 15, 2024.** *See* Fed. R. Civ. P. 72(b)(2) (objections to magistrate judge recommendations to be filed within fourteen days); D. Conn. L. Civ. R. 72.2(a)

(allowing five additional days for persons who receive the recommendation from the Clerk of the Court via mail); Fed. R. Civ. P. 6(a)(2)(C) (stating that, when a filing period "would end on a Saturday, Sunday, or legal holiday, the period continues to run until . . . the next day that is not a Saturday, Sunday, or legal holiday"). If he fails to file a timely objection, his failure "operates as a waiver of any further judicial review[.]" *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989). In particular, failure to file a timely objection operates as a waiver of the right to seek appellate review in the Court of Appeals. *Id.*; *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Fed. R. Civ. P. 6; *see also Impala v. U.S. Dep't of Justice,* 670 F. App'x 32 (2d Cir. 2016) (summary order).

                                                  */s/ Thomas O. Farrish*
                                                    Hon. Thomas O. Farrish
                                             United States Magistrate Judge

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PRISONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*
IN A CIVIL RIGHTS ACTION

**ATTACH THIS FORM TO YOUR COMPLAINT**

_____ : PRISONER
[Your name]                        :
                                   : NO: _____cv_____(    )
            Plaintiff,             : [Leave blank for Clerk]
                                   :
vs.                                :
_____ :
_____ :
_____ :
_____ :
[People you are suing]             :
            Defendant(s):

    I, _____, [your name] state that, because of my poverty, I am unable to pay the filing fee for the above-captioned lawsuit at the time that I file my complaint.  I therefore request permission to file my complaint without pre-payment of the filing fee, and to proceed *in forma pauperis* (as a poor person).

    I understand that I cannot file for free.  I realize that even if the Court allows me to proceed *in forma pauperis,* I will have to pay the full filing fee of $350 through installments

1

deducted from my inmate trust fund.  I also understand that the Department of Correction Inmate Trust Fund will continue to deduct money from my inmate trust fund to pay the filing fee to the Court, even if my lawsuit is dismissed.

      I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance of my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor.  I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

WARNING:  You MUST complete EVERY section, or your application may be denied.  Answer every question truthfully and accurately.  If the true and accurate answer to a question is "zero" or "not applicable," you must write that – do not leave the question blank.

1. Full Name:  _____

2. Inmate Number:  _____

3. Correctional Institution:  _____

4. Are you currently employed? (Yes or No):  _____

5. If you are currently employed, state your job title and the amount you get paid each month:

   Job:  _____

   Monthly wages:  $ _____

6. Within the past twelve (12) months, how much money have you received from the following sources? If none, write "zero."

   a. Employment:  Type _____ $ _____
   b. Rent someone paid you:  $ _____
   c. Interest on savings:  $ _____
   d. Dividends on investments: $ _____
   e. Pensions, annuities, or life insurance:  $ _____
   f. Gifts or inheritances:  $ _____
   g. Disability payments:  $ _____
   h. Other sources:  Type _____ $ _____

Revised 12/15/2023

7. How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? If none, write "zero."

   $ _____

8. What is the total value of property you own, excluding ordinary household furnishings and clothing, but including automobiles, real estate, stocks, bonds, and notes? If none, write "zero."

   $ _____

9. How much money do you contribute each month to the support of family members or other individuals? Provide the name of each person you support and the relationship between you (*e.g.*, husband, wife, domestic partner, child, or grandparent). If you need more space, attach an additional page.

   a. Name & Relationship: _____ $ _____
   b. Name & Relationship: _____ $ _____
   c. Name & Relationship: _____ $ _____

10. How much money do you spend each month on necessities of life that are not provided for you by the Department of Correction? State the item and amount, and if you need more space, attach an additional page.

    a. Item: _____ $ _____
    b. Item: _____ $ _____
    c. Item: _____ $ _____

## DECLARATION UNDER PENALTY OF PERJURY

WARNING: You MUST sign this section or your application for IFP status will be denied.

I, _____ , the applicant, declare under penalty of perjury that the information I have provided in this application is true and correct.


Signed: _____

Dated: _____

WARNING:  You have not finished.  You MUST complete the next section.

3

Revised 12/15/2023

# PRISONER AUTHORIZATION

WARNING: You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.

Your name: _____

Your inmate number: _____

DOC facility where you are detained: _____

Case Number [leave blank for Clerk]:

Filing Date [leave blank for Clerk]:

I, _____, the applicant, understand that even if my request for *In Forma Pauperis* status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund. I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months of my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: _____ [Your signature]

Date: _____ [Today's date]

WARNING: You have not finished. You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section. Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.

4

Revised 12/15/2023

## CERTIFICATION OF INMATE ACCOUNT BALANCE

WARNING: You MUST show this application to the Inmate Trust Fund Department or your prison counselor so that they can read page 4 and sign this section.

Your name: _____

Your inmate number: _____

DOC facility where you are detained: _____

I, _____, counselor/employee of the Connecticut Department of Correction Inmate Trust Fund, certify that the applicant named herein has the sum of $ _____ on account.

I further certify that, according to the records of the institution, the applicant's average balance for the past six months was $ _____ and the average monthly deposits during the same period were $ _____.

A certified copy of the applicant's trust fund statement for the last six (6) months is attached.

Signed: _____
(Inmate Trust Fund Officer or Prison Counselor)

Name & Rank: _____

Date: _____

5

Revised 12/15/2023

## CHECKLIST FOR IFP APPLICATION

**NOTE: Before you send this application to the Court, you MUST:**

_____  Sign the declaration under penalty of perjury on p. 3.

_____  Sign the Prisoner Authorization on p. 4.

_____  Show the application to the Inmate Trust Fund Department or your prison counselor and have them sign p. 5.

_____  Answer every question truthfully and accurately.

_____  Attach the trust fund statement for the last six (6) months (ledger sheet).

# EXHIBIT B

# General Population Commissary Order Form

Level 1 = $50, Level 2 = $55, Level 3 = $60 (items marked LOC only)

**Facility:** _____   **Housing Unit:** _____   **Bed Location:** _____

**Print Name:** _____

**Sign Here When Ordering X:** _____

**INMATE NUMBER MUST BE FILLED IN**

I am aware that the total cost of these items will be deducted from my account. State sales tax is not included in the prices listed below and will be added where applicable. Taxable items at a rate of 6.35% are marked with a double-asterisk (**). Taxable items at a rate of 7.35% are marked with a triple-asterisk (***). We are not responsible for typographical errors. This order is subject to posted Commissary rules. Prices are subject to change without notice.

**NO REFUNDS - NO TRADES**

**INSTRUCTIONS:** Use black pen or pencil and fill in the bubbles completely. Any stray marks may cause your order to be processed incorrectly.

CORRECT MARK: ● INCORRECT MARKS: ✓ ✗ ◐

## STATIONERY

| # | ITEM | COST |
|---|---|---|
| 109 | Stamped Envelope | 0.94 |
| 112 | Postcard | 0.57 |
| 113 | Manila Envelope** | 0.16 |
| 107 | International Postage Envelope | 1.50 |
| 106 | Writing Pad** | 1.19 |
| 110 | Ink Pen** | 0.19 |
| 114-111 | Pencil**(0.12) Eraser** (0.50) | |
| 104,101 | Spanish Dictionary**(1.80) English Dictionary**(3.32) | |
| 108 | Address Book** | 0.77 |
| 102 | Photo Album** | 2.21 |
| 103 | Colored Pencils** | 2.20 |
| 105 | Sketch Pad/Typing Paper** | 1.04 |
| 125 | Composition Book** | 1.54 |
| 115 | Youth Birthday Card** | 1.61 |
| 116 | Female Birthday Card** | 1.61 |
| 123 | Male Birthday Card** | 1.61 |
| 117 | Friendship Card** | 1.61 |
| 118 | Love You Card** | 1.61 |
| 119 | Anniversary Card** | 1.61 |
| 120 | Holiday Card** | 1.61 |
| 121 | Get Well Card** | 1.61 |
| 122 | Sympathy Card** | 1.61 |
| 126 | Thank you Card** | 1.61 |

## MEDICAL

| # | ITEM | COST |
|---|---|---|
| 200,391 | Omega-3 Fish Oil Vitamin -S (9.75) Sun Block** (3.59) | |
| 201,205 | Multi Vitamin -S(3.55) Vitamin C-S(3.35) | |
| 216,225 | Rolaids 3 Roll pk. -K (2.01), Melatonin 3mg (5.20) | |
| 207,203 | Antacid Liquid (3.55) Pepcid AC, 6ct (7.23) | |
| 202,204 | Laxative Powder (11.67) Immodium AD 12ct. (10.48) | |
| 220,221 | Ibuprofen 24 ct (2.10) Acetaminophen 24ct (1.92) | |
| 0201,0200 | Artificial Tears Drops (1.93) Nasal Spray (1.47) | |
| 211,1059 | Allergy Tabs (1.28) Tussin Cough Syrup (2.03) | |
| 209,390 | Athlete's Foot Cream (1.37) Quinsana Foot Powder (6.83) | |
| 210-213 | Benzoyl Peroxide (1.30) Bacitracin Ointment (1.88) | |
| 215-309 | Hydrocortisone Cream (1.47) Hemorrhoidal Ointment (3.50) | |
| 0202,8500 | Muscle Rub (2.18) Shoe Insoles (2.03) | |
| 217,219 | Blistex Med. Lip Ointment (2.21) Vaseline Lip Therapy (1.54) | |
| 8100 | Nasal Strips | 11.04 |

## SOAP (LIMIT 2 TOTAL)

| # | ITEM | COST |
|---|---|---|
| 223,858 | Oatmeal Soap**(1.43) Ambi Soap**(2.71) | |
| 302-3022 | Dove Soap** (1.82) Coast Soap Bar**(0.98) | |
| 1047 | Next 1 Moisturizing Bar** | 1.06 |
| 1048 | Cocoa Butter Bar** | 1.10 |
| 1049 | Sports Bar, Antibacterial** | 1.14 |

## DENTAL

| # | ITEM | COST |
|---|---|---|
| 335 | Fixodent Denture Adhesive** | 9.10 |
| 311 | Staydent Denture Adhesive** | 2.73 |
| 320,322 | Sensodyne Toothpaste**(7.67) Efferdent Cleaner**(7.88) | |
| 325-775 | Close Up toothpaste**(2.21) Aim Tartar Control Toothpaste**(1.90) | |
| 319 | Whitening Colgate Toothpaste** | 3.54 |
| 331 | Ultra Brite Toothpaste** | 1.59 |
| 327 | Tek Excel Toothbrush, Soft** | 0.58 |
| 330 | Toothbrush Holder** | 0.37 |
| 326 | Mouthwash** | 1.24 |
| 334 | Dental Floss Sticks** | 1.12 |

## SHAVE and DEODORANT

| # | ITEM | COST |
|---|---|---|
| 358 | Razor Card** -Male | 1.01 |
| 348 | Pro-Tection Shave Cream** | 2.08 |
| 351 | Magic Shave** -Male | 3.51 |
| 352 | Afta Shave** -Male | 2.60 |
| 354 | Mennen Speed Stick** -Male | 3.20 |
| 349 | Power up Deodorant** | 3.34 |
| 3422 | Suave Antiperspirant** | 2.00 |
| 355 | Dial Roll-On** | 1.36 |

## HAIR

| # | ITEM | COST |
|---|---|---|
| 364 | Softee 3-in-1 Conditioning Shampoo** | 4.37 |
| 365 | Softee 3-in-1 Daily Conditioner** | 4.37 |
| 2267,2268 | VO5 Shampoo (1.73)**, VO5 Conditioner (1.88)** | |
| 362 | Elementz Shampoo** | 1.99 |
| 363 | Elementz Conditioner** | 2.27 |
| 374 | Dandruff Shampoo** | 3.07 |
| 802 | Styling Gel** | 2.41 |
| 379 | Bergamot Conditioner** | 1.79 |
| 380 | Pro Glo Gel Pomade** | 2.18 |
| 371 | Protein 29 Hair Gel** | 3.59 |
| 387 | Pink Moisturizing Hair Oil** | 4.70 |
| 376,382 | Comb & Brush Set** (2.04) Afro Pick** (0.62) | |
| 381,363 | Afro Comb**(0.47) 5 Inch Pocket Comb**(0.65) | |
| 852,855 | Argan Pride Mega Gro**(5.32) Softee Conditioner Coconut Oil**(2.16) | |
| 373,5051 | Doo Rag -Black**(2.91) Ponytail Elastics, Braided**(1.07) | |

## SKIN CARE

| # | ITEM | COST |
|---|---|---|
| 392 | Dial Advanced Therapy Lotion** | 3.63 |
| 831 | Tone Lotion** | 3.16 |
| 1039 | Lubriderm Lotion** | 4.01 |
| 350,2600 | Men's Body Wash** -Male (3.37), Irish Spring 5 in 1 Body Wash** (7.80) | |
| 395 | Stick, Cocoa Butter** | 1.60 |
| 398 | Vaseline Skin Care Lotion** | 4.16 |
| 399 | Vitamin E Gel | 4.74 |
| 393 | Noxzema** | 1.76 |
| 394 | Baby Powder** | 1.73 |
| 396 | Cotton Swabs** | 1.02 |

## MISCELLANEOUS

| # | ITEM | COST |
|---|---|---|
| 400 | Bath Towel** | 7.05 |
| 408 | Cotton Face Cloth** | 0.97 |
| 409 | Toilet Paper** | 0.68 |
| 415 | Coffee Cup** | 1.66 |
| 411 | Plastic Cup & Lid** | 0.43 |
| 405 | Plastic Bowl & Lid** | 0.68 |
| 410 | Plastic Spork-Spoon Combo** | 0.40 |
| 902,903 | Y-Adapter**(3.74) Headphone Extension**(4.05) | |
| 407 | Soap Dish** | 0.59 |
| 406,8100 | Fingernail Clipper** Emery Boards** | 0.69 |
| 503 | Handkerchief** | 0.72 |
| 404 | Mirror** | 2.12 |
| L416 | Laundry Powder Clear Bag** | 1.11 |
| 427,73 | Dominoes**(2.94) Uno Cards**(8.04) | |
| 425 | Chess Set** | 4.19 |
| 426 | Checker Set** | 3.48 |
| 428,429 | Pinochle Cards**(1.48) Poker Cards**(0.72) | |
| 906 | Mono/Stereo Adapter** | 2.18 |
| 500 | Shower Shoes** | 2.59 |
| 800V8907 | AA Batteries**(2.98) AAA Batteries (2.73)** | |

## FEMALE ONLY

| # | ITEM | COST |
|---|---|---|
| 821 | Tampons** | 5.41 |
| 8102 | Panti Liner** | 2.47 |
| 822 | Maxi Pads** | 2.63 |
| 813 | Mascara** | 1.37 |
| 814 | Eye/Brow Pencils** | 1.04 |
| 384 | Gel Curl Activator** | 1.76 |
| 817 | Hair Relaxer** | 7.41 |
| 368 | Shampoo, Green Apple** | 1.72 |

08/2023

| # | ITEM | QUANTITY | COST |
|---|---|---|---|
| 815 | Vent Brush** | | 0.78 |
| 819 | Styling Brush** | | 1.34 |
| 820 | Shower Cap** | | 0.29 |
| 804-801 | Large Foam Rollers**(2.47) Nair Hair Remover**(5.85) | | |
| 829 | Black & White Bleaching Cream** | | 7.00 |
| 800 | Lady Speed Stick** | LOC | 1.93 |
| 8023 | Sure Deodorant** | LOC | 2.85 |
| 397 | Elementz 3N1 Coconut Lime Hair & Body Wash** | LOC | 3.37 |

You may only order items on the write in list here. Any item NOT on the write in list will be credited. Copy the item number exactly in the top spaces and darken the matching numbers below.

**FOOD ITEMS**

| # | ITEM | QUANTITY | COST |
|---|---|---|---|
| 1095 | Obrien's Beef Stick- G** | | 0.65 |
| 5822 | Cajun Rice Chicken & Sausage-G | | 3.11 |
| 580-581 | Salt (0.37) Pepper (1.15) | | |
| 0135-0123 | Chopped Onion (1.55) Garlic Powder (2.55) | | |
| 0188 | Spanish Rice | | 0.65 |
| 0189 | Philadelphia Cream Cheese with Jalapeno | | 0.65 |
| 630 | White Long Grain Rice -K | | 1.11 |
| 0155 | Chorizo Sausage- G | | 2.11 |
| 2095 | Beef in BBQ | | 4.28 |
| 598 | Beef Stew- G | | 2.08 |
| 59 | Hot Beef Sausage | | 2.16 |
| 719 | Summer Sausage -H | | 2.64 |
| 618-0121 | BBQ Sauce (2.57) Parmesan Cheese Blend (1.72) | | |
| 11 | Turkey Sausage -S | | 2.63 |
| 624 | Sliced Pepperoni*** | | 2.21 |
| 606 | Sliced Salami*** | | 2.21 |
| 8222 | Beef Taco Filling-G | | 2.48 |
| 540 | Chili with Beans | | 2.18 |
| 5722 | Southwest Black Beans and Beef | | 2.80 |
| 627 | Pork, Jerk Style - S, G | | 4.01 |
| 587 | Chicken Breast -S, G | | 3.84 |
| 593-538 | Mrs. Dash Original (3.27) Adobo (2.15) | | |
| 6322 | Hot Sauce Squeezers -K,G | | 0.94 |
| 2141-2167 | San Miguel Salsa Verde-K (1.17) Tomato Sauce (1.30) | | |
| 640 | Mayonnaise, Bottle -K | | 3.68 |
| 4622 | Ketchup Bottle-K,G | | 2.05 |
| 596 | Ranch Dressing, Kraft | | 0.43 |
| 0124 | Goya Sazon -G | | 1.46 |
| 637 | Bagel*** -K, H, S | | 0.52 |
| 2645 | Cinnamon Raisin Bagel*** | | 0.52 |
| 649-7322 | Strawberry Spread -G, S (3.84) Grape Jelly Bottle-G (3.85) | | |
| 0138 | Sliced Jalapeno Peppers-K,H,G | | 1.92 |
| 629-2782 | Flour Tortillas - K,H,S (1.32) Fajita Seasoning (1.36) | | |
| 2022 | Louisiana Wing Sauce - K | | 2.20 |
| 24 | Marshmallow Cream- K | | 1.75 |
| 622 | Peanut Butter -K,H,S | | 3.67 |
| 635,586 | Cheddar Squeeze Cheese, Jalapeno Squeeze Cheese-G | | 3.63 |
| 585 | Provolone Cheese Bar - G | | 1.60 |
| 2155 | Hot Pepper Cheese Bar- G,H,S, K | | 1.60 |
| 590 | Mackerel -H, S | | 2.00 |
| 636 | Tuna -K, H, S | | 2.80 |
| 547 | Sardines in Soya Oil -H, S | | 1.17 |
| 0164 | Pink Salmon Flakes-K,H,G | | 2.22 |

| # | ITEM | QUANTITY | COST |
|---|---|---|---|
| 1063 | Yellowfin Tuna Steak in Spicy Thai Chili- K,H,G | | 2.74 |
| 0131 | Kosher Dill Pickles- K,G,S | | 1.02 |
| 1038 | Cheesy Refried Beans -K, H | | 1.17 |
| 578 | Black Beans -G | | 1.42 |
| 2216 | Sweet Corn - H, S | | 1.17 |
| 2068 | Pasta Shells | | 0.85 |
| 609 | Ramen Chicken, Less Sodium -S | [Note: Limit 24 Soups Total] | 0.52 |
| 610 | Ramen Beef, Less Sodium -S | | 0.52 |
| 0602 | Ramen Spicy Vegetable, Less Sodium -S | | 0.52 |
| 0605 | Ramen Chili, Less Sodium -S | | 0.52 |
| 2622 | Chipotle Bowl with Black Beans | | 5.40 |
| 70 | Instant Lunch, Cup of Soup | | 0.69 |

**CANDY**

| # | ITEM | QUANTITY | COST |
|---|---|---|---|
| 672 | S.F. Breath Savers*** -S | | 1.10 |
| 684 | Sugar Free Starlight Mints*** | | 3.25 |
| 680 | Peanut Butter Cup*** -K, G | | 1.37 |
| 682 | Snickers*** -K | | 1.37 |
| 678 | M & M Peanut*** -K | | 1.37 |
| 6922 | Kit Kat***-K | | 1.37 |
| 1064 | Hershey Milk Bar***- K, G | | 1.37 |
| 694 | Twix Bar *** -K | | 1.37 |
| 1066 | Fruit Chews*** | | 0.82 |
| 2060 | Neon Worms*** | | 1.13 |
| 673 | Jolly Rancher*** | | 0.93 |
| 681 | Skittles*** | | 1.37 |
| 0146 | Cashews***-K,G | | 1.95 |
| 2260 | Healthy Snack Mix*** -K,H,S | | 1.28 |
| 1072 | Cough Drops -K | LOC | 1.11 |

**BEVERAGES**

| # | ITEM | QUANTITY | COST |
|---|---|---|---|
| 700 | Decaffeinated Coffee -K, H, S | | 4.28 |
| 591 | Columbian Coffee-K,H | | 4.85 |
| 713 | Maxwell House Select Roast- H,G | | 3.96 |
| 707 | Hot Cocoa -K, H | | 2.36 |
| 1074 | Kool Aid Watermelon/Strawberry Drink***-K,H,G | | 2.05 |
| 718 | Cappuccino -K, H | | 2.15 |
| 724 | Non Dairy Creamer Clear Pouch -K, H | | 1.41 |
| 1028 | Dry Milk Pouch | | 4.24 |
| S723 | Sugar Clear Pouch -K,H | | 1.43 |
| 722 | Tea Bags, Golden Tip-K | | 2.73 |
| 582 | Honey -K, S | | 3.25 |
| 2098 | Sugar Twin -K | | 3.25 |
| 2182 | S.F. Tampico Mango Drink***-G,S,K | | 1.38 |
| 728 | Sugar Free Wylers Drink Mix Assorted***-K | | 1.57 |
| 2256 | Healthy Shake Mix, Vanilla or Chocolate*** | | 1.36 |
| 7022 | Tang Breakfast Drink Mix***K,H,G | | 1.95 |
| 1053 | Creamer French Vanilla- K, H | | 2.15 |

**SNACKS, PASTRY, CEREAL and CHIPS**

| # | ITEM | QUANTITY | COST |
|---|---|---|---|
| 1035 | Granola Bar, Oats & Honey*** | | 0.65 |
| 721 | Honey Roasted Peanuts *** | | 0.82 |
| 765 | Trail Mix, Sweet and Salty *** -K, G | | 1.63 |
| 687 | Salted Peanuts*** -K, S, G | | 2.41 |
| 733 | Saltine Crackers -K, H, S | | 2.40 |
| 2173 | Town House Cracker- K | | 2.77 |
| 778 | Graham Crackers -K | | 4.22 |
| 1722 | Strawberry Crème Wafer S.F. -K,H,G | | 1.08 |
| 2050 | Coffee Cakes, Zippy Cakes***-K | | 0.86 |
| 2189 | Oreo Cookies, 6PK***-K | | 0.62 |
| 662 | Honey Bun*** -K | | 1.08 |
| 616 | Cream Cheese Cake*** -K | | 0.91 |
| 2120 | Danish Iced Cinnamon Swirl***-K | | 0.93 |
| 654 | Fudge Stripe Cookies-K | | 4.37 |
| 2284 | Chocolate Chip Cookies*** | | 0.58 |
| 0190 | Cupcakes, Chocolate Cream***- K | | 1.23 |
| 655 | Iced Oatmeal Cookie -K, H | | 2.45 |
| 1104 | Duplex Creme Cookies -K, H | | 1.90 |
| 669 | Sandwich Crackers, Assorted***-K | | 0.49 |
| 2084 | Frosted Flakes Cereal-K | | 4.98 |
| 758 | Golden Valley Raisin Bran- K, S | | 4.37 |
| 770 | Honey Nut Toasted Oats Cereal - K, S | | 4.83 |
| 6222 | Creamy Fruit, Instant Oatmeal-K | | 3.68 |
| 621 | Instant Oatmeal Variety Pack- K, S | | 2.72 |
| 689 | Pretzels Mini Twists-K | | 2.71 |
| 7722 | Cheetos Cheese Crunchy-G | | 2.44 |
| 1110 | Tortilla Chips- K, H | | 2.48 |
| 754 | Doritos | | 2.20 |
| 753 | Ripple Chips-K,H,G | | 1.56 |
| 735 | Sour Cream Chip -K, H | | 1.56 |
| 42 | Whole Shabang Chips -K, H | | 1.56 |

K - Kosher   H - Halal Approved   S - Sensible Alternative   G - Gluten Free

Scantron OpScan INSIGHT™ W-254775-60:654321