```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


  ----------------------------
                              )
  JAMES MANSON                ) CIVIL NO. 3:24-CV-876(MPS)
                              )
  VS.                         )
                              )
  WARDEN CARON, ET AL         )
                              )
  ----------------------------



              DEPONENT:  JAMES MANSON #344691

              DATE:      January 29, 2025

              TIME:      10:29 a.m.

              PLACE:     VIA REMOTE




         Reporter:   Jacqueline Morin
```

```
 1                    A P P E A R A N C E S

 2

 3        REPRESENTING THE PLAINTIFF:  JAMES MANSON
          ROBINSON CORRECTIONAL INSTITUTION
 4        285 Shaker Road
          P.O. Box 1400
 5        Enfield, CT 06082
          BY: JAMES MANSON, PRO SE
 6


 7
          REPRESENTING THE DEFENDANT:  WARDEN CARON, ET AL
 8        CT ATTORNEY GENERAL'S OFFICE
          165 Capitol Avenue -Suite 4000
 9        Hartford, CT 06106
          (860) 808-5210
10        BY: OWEN R. EAGAN, ESQ.
             owen.eagan@ct.gov
11           DENNIS V. MANCINI
             dennis.mancini@ct.gov
12

13
      ALL PARTIES ARE ATTENDING FROM REMOTE LOCATIONS.
14

15

16

17

18

19

20

21

22

23

24

25
```

S T I P U L A T I O N S

    IT IS STIPULATED AND AGREED between counsel for the parties that all objections, except as to form, are reserved until the time of trial.

    IT IS STIPULATED AND AGREED between counsel for the parties that the proof of the authority of the Notary Public before whom this deposition is taken is waived.

    IT IS FURTHER STIPULATED that any defects in the notice are waived.

    IT IS FURTHER STIPULATED that the reading and signing of the deposition transcript by the witness is waived.

```
 1                    (This deposition commenced at 10:29)
 2                    THE REPORTER:  Do all parties agree that
 3          this deposition is held remotely and that I am
 4          administering the oath remotely.
 5                    MR. EAGAN:  Yes, I do consent.
 6                    Mr. Manson?
 7                    THE WITNESS:  Yes.
 8    J A M E S    M A N S O N,
 9       called as a witness, having been first duly sworn
10       by Jacqueline Morin, a Notary Public within and
11       for the State of Connecticut, was examined and
12       testified on his oath as follows:
13                    MR. MANCINI:  Good morning, Mr. Manson.
14                    THE WITNESS:  Good morning.
15                    MR. MANCINI:  My name is Assistant
16          Attorney General Dennis Mancini.  We're here in
17          the matter of Manson v. Caron, Federal Docket is
18          3:24-CV-876.
19                    This is a matter that you brought -- a
20          matter that you filed in federal court against
21          Warden Caron and some other individuals at the
22          Robinson Correctional Institution; is that
23          correct?
24                    THE WITNESS:  Yes.
25                    MR. MANCINI:  And before we went on the
```

1  record here, you had indicated that you wish to
2  withdraw this case; is that correct?
3          THE WITNESS:  Correct.
4          MR. MANCINI:  So I just want to ask you a
5  couple of questions about that.  So first things
6  first, this is -- you're doing this of your own
7  free will?
8          THE WITNESS:  Yes.
9          MR. MANCINI:  No one is threatening or
10 forcing you in any way to withdraw this claim?
11         THE WITNESS:  Not at all.
12         MR. MANCINI:  I just briefly -- what is
13 your educational background?
14         THE WITNESS:  I have a diploma, high
15 school diploma or a GED rather.
16         MR. MANCINI:  High school diploma, okay.
17 All right.  Are you able to read and write
18 English?
19         THE WITNESS:  Yes.
20         MR. MANCINI:  And have you taken any
21 substances today that would interfere with your
22 ability to understand or impact your decision
23 making?
24         THE WITNESS:  No, I have not.
25         MR. MANCINI:  All right?  So I just --

```
 1              just so I understand, if you withdraw this
 2         claim, this action would end.  And if you wanted
 3         to reassert these claims, you would need the
 4         permission of the court in order to do that; do
 5         you understand that?
 6                   THE WITNESS:  Yes, yes.
 7                   MR. MANCINI:  All right.  And, again,
 8         you're doing this of your own free will, no one
 9         is forcing you to do that, correct?
10                   THE WITNESS:  Correct.
11                   MR. MANCINI:  And just as we said before,
12         you will have to file -- we will file something
13         on the -- a notice of court just to let them
14         know that you expressed your desire to withdraw
15         this claim.  But you will actually have to file
16         a formal withdrawal with the court just so the
17         court knows that you no longer intend to bring
18         this claim forward.
19                   THE WITNESS:  All right.
20                   MR. MANCINI:  And there's been no
21         promises made to you; is that correct?
22                   THE WITNESS:  Correct.
23                   MR. MANCINI:  I don't think I have
24         anything else, unless there's anything else that
25         you wanted to tell us this morning, Mr. Manson?
```

1        THE WITNESS: No, not at all.
2        MR. EAGAN: I'm Assistant Attorney
3    General Owen Eagan. I would just put briefly on
4    the record that we will be requesting, for
5    ourselves, the transcript pages from today and
6    that it would be up to you Mr. Manson to work
7    with the court reporter here to request those
8    pages if you wanted to see them.
9        THE WITNESS: All right.
10       MR. MANCINI: Sorry, I just want to say
11   one more thing.
12       We are going to -- we were prepared to go
13   forward with the deposition in this matter today
14   based on your representation that you intend to
15   withdraw this claim.
16       We are going to defer the deposition, so
17   obviously if the claim is in fact withdrawn,
18   then the need for the deposition will no longer
19   exist.
20       If something changes for some reason,
21   obviously, we would reassert our intention to
22   depose you and then go forward from there. I
23   don't foresee that based on what you
24   represented, but I just wanted to make that
25   clear for you.

```
1                THE WITNESS:  All right.
2                MR. MANCINI:  Do you have any questions
3       about anything that we said today?
4                THE WITNESS:  Not at all.
5                MR. MANCINI:  And you understand
6       everything that I said and you understand where
7       things stand?
8                THE WITNESS:  Yes.
9                MR. MANCINI:  Okay.  I have nothing
10      further for you today Mr. Manson, unless Mr. --
11      I'll turn it back to Attorney Eagan and
12      otherwise, I think we're all set.
13               MR. EAGAN:  And if you need to confer
14      with us about this claim, do you have our
15      e-mails, so that you can get in touch with us if
16      you need to?
17               THE WITNESS:  No, I do not.  But I don't
18      think I'm going to be needing and getting in
19      contact with you guys.
20               MR. EAGAN:  Should you need them, you
21      could always look on the docket and they are
22      there for you, sir.
23               THE WITNESS:  All right.
24               MR. EAGAN:  With that, I also have
25      nothing further.
```

1           THE REPORTER:  Mr. Manson, will you be
2      ordering the pages of the transcript?
3           THE WITNESS:  No.
4           (Whereupon, the witness was excused,
5      and the deposition concluded at 10:34
6      a.m.)

# CERTIFICATION

STATE OF CONNECTICUT)
                     ) SS.
COUNTY OF NEW LONDON)

      I, Jacqueline Morin, a notary public within and for the State of Connecticut, do hereby certify that I took the deposition of JAMES MANSON in the above-entitled action on January 29, 2025.

      I further certify that said witness was by me sworn to testify to the truth, the whole truth and nothing but the truth and that the foregoing testimony was taken by me stenographically and thereafter transcribed by means of computer-assisted transcription.

      I further certify that I am not related to any of the parties hereto or their counsel and that I am in no way interested in the outcome of said cause.

      In witness whereof, I have hereunto set my hand this 4th day of February 2025.

*Jacqueline Morin*
_____
JACQUELINE MORIN
Notary Public
My Commission Expires: 4/30/28

10